## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**SAFECO INSURANCE COMPANY OF ILLINOIS,**

    **Plaintiff,**

v.

**BRADIE ANNE CORCORAN, et al,**

    **Defendants.**                                      **No. 13-cv-86-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**   This matter is before the court on Stipulation for Dismissal executed by plaintiff and defendants.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 41), this case is **DISMISSED** with prejudice.

                       **NANCY J. ROSENSTENGEL,**
                       **CLERK OF COURT**

                       **BY:**    **/s/*Sara Jennings***
                             **Deputy Clerk**

Dated:   February 26, 2014

Digitally signed by
David R. Herndon
Date: 2014.02.26
05:41:57 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT